[No. 1415-3. Division Three. May 16, 1978.]

BRENDA J. MULVEY, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

*J. Dinnen Cleary* of *Spokane Legal Services Center,* for appellant.

*Slade Gorton, Attorney General,* and *Walter E. White, Assistant,* for respondent.

PER CURIAM.—This matter is before the court on the stipulated motion of the parties to withdraw (1) our opinion *Mulvey v. Department of Social & Health Servs.,* 15 Wn. App. 292, 548 P.2d 597 (1976), and (2) the original appeal because *Anderson v. Morris,* 87 Wn.2d 706, 558 P.2d 155 (1976), decided subsequent to our opinion, furnished the parties with a basis for the amicable resolution of Mrs. Mulvey's claim. Therefore, our prior opinion is withdrawn and the appeal is dismissed.